HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHRIS BUNGER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | No. 2:15-cv-01050-RAJ<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO RE-OPEN CASE |

This matter came before the Court on Plaintiff's Motion to Re-Open Case, Docket No. 39. Defendants did not oppose the Motion, and therefore the Court may consider this to be "an admission that the motion has merit." Local Rules Wash. LCR 7(b)(2). The Court therefore GRANTS Plaintiff's Motion. This case is re-opened.

DATED this 19th day of May, 2017.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S
MOTION TO RE-OPEN CASE - 1

NO. 2:15-cv-01050-RAJ

**LAW OFFICE OF MEL CRAWFORD**
9425 35TH Avenue N.E., Suite C
Seattle, Washington 98115
Tel 206.694.1614  Fax 206.905-2342