HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CHRIS BUNGER,

    Plaintiff

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendants.

No. 2:15-cv-01050-RAJ

JUDGMENT

This action came to consideration before the Court. The issues have been considered and a decision has been rendered. Judgment is entered in favor of Plaintiff and against Defendant as follows:

1) Defendant's Second Motion for Judgment (Dkt. 53) is DENIED.

2) Plaintiff's Second Motion for Judgment under Federal Rule of Civil Procedure 52 (Dkt. 47) is GRANTED in part and DENIED in part. Mr. Bunger establishes his disability under Unum's short-term disability plan from August 30, 2014 to October 4, 2014, and under the long-term disability plan from October 5, 2014 to July 5, 2015. Unum shall pay Mr. Bunger short-term disability benefits for the period from August 30, 2014 through October 4, 2014 in the amount of $2,715.43; long-term disability benefits for the period from October 5, 2014 through

JUDGMENT - 1

No. 2:15-cv-01050-RAJ

July 5, 2015 in the amount of $20,592.00; and interest on those benefits in the amount of $3,562.15.

3) The Court REMANDS to Unum the issue of Mr. Bunger's entitlement to LTD benefits from July 6, 2015 and beyond.

DATED this 5th day of April, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

JUDGMENT - 2

No. 2:15-cv-01050-RAJ